■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRON PATTON, Appellant. [748 NYS2d 691] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered March 15, 2001, convicting him of robbery in the first degree, robbery in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPLR 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. S. Miller, J.P., Krausman, Goldstein and Rivera, JJ., concur.